[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-13434
Non-Argument Calendar
_____

D.C. Docket No. 1:18-cr-00062-SCJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JONATHAN MICHAEL KANKOLENSKI,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(January 17, 2019)

Before WILLIAM PRYOR, MARTIN and NEWSOM, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced

if it was made knowingly and voluntarily); *United States v. Howle*, 166 F.3d 1166, 1169 (11th Cir. 1999) (an appeal waiver "includes a waiver of the right to appeal difficult or debatable legal issues").